NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SANDERLING MANAGEMENT LTD.,**
*Appellant*

**v.**

**SNAP INC.,**
*Appellee*

———————————

2023-1328, 2023-1330, 2023-1331, 2023-1332

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2021-00778, IPR2021-00779, IPR2021-00780, IPR2021-00781.

———————————

## **O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each side shall bear their own costs.


FOR THE COURT

May 17, 2023
    Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court


**ISSUED AS A MANDATE:** May 17, 2023